IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Criminal Action No. | |
| | ) 12-00054-01-CR-W-NKL | |
| DALE PALMER., | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND
## ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate

Judge Robert E. Larsen, to which no objection has been filed, the plea of guilty

of the defendant to Count One is now accepted and the defendant is adjudged

guilty of this offense. Sentencing will be set by subsequent order of the court.


_/s/ Nanette K. Laughrey_
NANETTE K. LAUGHREY
United States District Judge

Kansas City, Missouri
March 6, 2012